### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERMAINE S., | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 24-5367 |

## ORDER

**AND NOW**, this 25th day of July 2025, for the reasons contained in the court's Memorandum, it is hereby **ORDERED** that Plaintiff's Request for Review is **GRANTED**, and, this matter, pursuant to **sentence four** of 42 U.S.C. 405(g), is **REMANDED** to the Commissioner. Upon remand, the ALJ shall address the medical opinion evidence supporting greater limitations with respect to Plaintiff's ability to reach overhead and his need for a sit/stand option. The ALJ shall provide to the VE a hypothetical with all of Plaintiff's credibly established limitations.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge